IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| H. S. a minor who brings this action by and through her next friend and parents Letitia Strickland and Charles Strickland, <br><br>Plaintiff, <br><br>v. <br><br>NASH HOLDINGS, LLC, et al., <br><br>Defendants. | ) ) ) ) ) ) ) ) CASE NO. 3:23-cv-347-JTA ) ) ) ) ) |

### **ORDER**

Upon consideration of the Joint Motion to Seal (Doc. No. 10) filed by the parties, it is

ORDERED that the motion (Doc. No. 10) is GRANTED to the extent that the Report of Mediator (Doc. No. 9)[1] is SEALED and shall remain SEALED until further order of the court.

DONE this 30th day of June, 2023.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of the Court previously sealed Doc. No. 9 administratively because the document contained a personal identifier in violation of M.D. Ala. LR 5.2.