IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| H.S., a minor who brings this action by and through her next friend and parents, Letitia Strickland and Charles Strickland, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: 3:23-cv-00347-JTA |
| NASH HOLDINGS LLC & LAURA MECKLER, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, provides notice to this court of the dismissal of the above-styled action, without prejudice, as no opposing party has answered or filed a motion for summary judgment.

Respectfully submitted,

*/s/ Jerry M. Blevins*
Jerry M. Blevins (ASB-2138B65J)
Attorney for Plaintiff

**OF COUNSEL:**
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600
Email: ATTYJMBlev@LawOfficeOfJerryMBlevins.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant.

/s/ *Jerry M. Blevins*
Jerry M. Blevins